UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHELLY MAE TRUMAN-RICHARD,<br><br>                    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE. Commissioner of Social Security,<br><br>                    Defendant. | Case No. 3:12-cv-05671-KLS<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court on plaintiff's filing of an application to proceed *in forma pauperis* and a complaint to review and set aside a decision of the Social Security Administration under 42 U.S.C. § 405(g). To file a complaint and initiate legal proceedings plaintiff must pay a Court filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

Plaintiff filed her application for *in forma pauperis* status on July 28, 2012. See ECF #1. However, while plaintiff signed the declaration of perjury section on that application, she did not date it. See id. Accordingly, the Court hereby finds and ORDERS as follows:

(1) Plaintiff shall seek to cure this deficiency by filing no later than **September 1, 2012**, a properly completed and signed application to proceed *in forma pauperis*, including the section for written consent of payment of costs contained therein. **Failure to cure this deficiency by the above date shall be deemed a failure to properly prosecute this matter, resulting in a recommendation that this**

ORDER - 1

**matter be dismissed.**

(2)  The Clerk is directed to send a copy of this Order to counsel for plaintiff.

DATED this 2nd day of August, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2